Case 4:21-cv-00738 Document 4 Filed on 03/15/21 in TXSD Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

FRANCISCO MERCADO

*Plaintiff(s)*

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

*Defendant(s)*

Civil Action No. 4:21-cv-00738

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lincoln National Life Insurance Company
c/o Registered Agent Corporation Service Company
211 East 7th Street, Suite 620
Austin, Texas 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Berg Plummer Johnson & Raval LLP
James C. Plummer
3700 Buffalo Speedway, Suite 1150
Houston, Texas 77098

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: March 15, 2021

*s/ Joseph Wells*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:21-cv-00738

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Lincoln National Life Insurance Company c/o Corp. Svc. Co. was received by me on *(date)* 03/17/2021 .

❒ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Samantha Guerra as Intake Agent for Corp. Svc. Co. , who is designated by law to accept service of process on behalf of *(name of organization)* Lincoln National Life Insurance Company at 211 E 7th, # 620, Austin, TX 78701 @ 12:16 pm on *(date)* 03/17/2021 ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-17-21

[signature]
*Server's signature*

Chris Dathe, PSC-6008, Certified Private Process Server
*Printed name and title*

815-A Brazos Street
# 276
Austin, Texas 78701
*Server's address*

Additional information regarding attempted service, etc: