**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Francisco Aranda Mercado

v. Case Number: 4:21−cv−00738

The Lincoln National Life Ins Co

---

**NOTICE OF RESETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/9/2021

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: April 19, 2021

Nathan Ochsner, Clerk