**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **FRANCISCO MERCADO,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **vs.** | **)** | |
| | **)** | **Case No. 4:21-cv-00738** |
| **THE LINCOLN NATIONAL LIFE** | **)** | |
| **INSURANCE COMPANY,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Francisco Mercado and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 23rd day of June 2021.

Respectfully submitted,

By: /s/ James C. Plummer (w/permission)

James C. Plummer
State Bar of Texas No. 16075700
S.D. of Texas Bar No. 3692
Berg Plummer Johnson & Raval, LLP
3700 Buffalo Speedway, Ste 1150
Houston, Texas 77098
PH: (713) 526-0200
FX: (832) 615-2665
Email: jplummer@bergplummer.com

ATTORNEY FOR PLAINTIFF

**- AND -**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT