United States District Court
Southern District of Texas
**ENTERED**
June 24, 2021
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| FRANCISCO ARANDA MERCADO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-738 |
| | § | |
| THE LINCOLN NAT'L LIFE INS. CO., | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

In accordance with the parties' stipulation of dismissal, (Docket Entry No. 10), this case is dismissed, with prejudice.

SIGNED on June 24, 2021, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge